GRAYBAR ELECTRIC COMPANY, INC., Respondent, *v.* NEW AMSTERDAM CASUALTY COMPANY, Appellant.

Submitted April 3, 1944; decided April 13, 1944.

Motion by respondent for reargument denied with ten dollars costs and necessary printing disbursements. (See 292 N. Y. 246.)